**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARSLIN AL SARORI, HAITHAM
AL KIBSI, MEERAL AL KIBSI and
NOORAN AL KIBSI,

        Plaintiffs,

v.                                                            Case No:   6:23-cv-150-WWB-LHP

ALEJANDRO MAYORKAS, UR M.
JADDOU and MERRICK B.
GARLAND,

        Defendants

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **UNOPPOSED MOTION TO STAY CASE (Doc. No. 19)**
>
> **FILED:**     February 25, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

This case has been referred to the undersigned "for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations

on dispositive motions." Doc. No. 13. On February 25, 2023, Defendants filed an Unopposed Motion to Stay Case, in which Defendants move, without opposition from Plaintiffs, for a stay of the case for 120 days, pending "biometrics appointments, a subsequent interview, and adjudication of plaintiffs' Form I-589, Application for Asylum and for Withholding of Removal." Doc. No. 19.

District courts are vested with broad discretion to stay proceedings, which authority is incidental to their inherent powers to control their dockets. *See, e.g.*, *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."); *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Advanced Bodycare Sols., LLC v. Thione Int'l, Inc.*, 524 F.3d 1235, 1241 (11th Cir. 2008) ("[D]istrict courts have inherent, discretionary authority to issue stays in many circumstances.").

Upon consideration of the representations in the Defendants' Motion, and without opposition from Plaintiffs, the undersigned finds the request for a stay well taken. Accordingly, it is **ORDERED** as follows:

1. The Unopposed Motion to Stay Case (Doc. No. 19) is **GRANTED**.

2. The case is **STAYED** for a period of **120 days** from the date of this Ordre or until further order from the Court, and the Clerk of Court is **DIRECTED** to administratively close the file.

3. The parties are **DIRECTED** to file a status report on or before expiration of the 120-day stay, addressing the status of adjudication of Plaintiffs' Form I-589, Application for Asylum and for Withholding of Removal.

4. If the matter is wholly resolved, the parties shall immediately notify the Court.

**DONE** and **ORDERED** in Orlando, Florida on February 27, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties