**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARSLIN AL SARORI, HAITHAM AL KIBSI, MEERAL AL KIBSI and NOORAN AL KIBSI,

    Plaintiffs,

v.                                                                   Case No.: 6:23-cv-150-WWB-LHP

ALEJANDRO MAYORKAS, UR M. JADDOU and MERRICK B. GARLAND,

    Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Voluntary Dismissal (Doc. 24), filed April 5, 2023. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on April 5, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record